# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 03-2697

———————

Lois Lewis,                                          *
                                                     *
          Appellant,               *
                                                     *    Appeal from the United States
    v.                              *    District Court for the Eastern
                                                     *    District of Arkansas.
Jo Anne B. Barnhart, Commissioner                    *
of Social Security Administration,                   *        [UNPUBLISHED]
                                                     *
          Appellee.                *

———————

Submitted:   November 25, 2003

Filed:   November 26, 2003

———————

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

———————

PER CURIAM.

    Lois Lewis appeals the district court's[*] dismissal as time-barred Lewis's complaint seeking review of the Commissioner's denial of disability insurance benefits and supplemental security income. Having carefully reviewed the record and

—————————

    [*]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

the parties' submissions on appeal, we conclude dismissal of the complaint was proper, because it was filed more than sixty days after Lewis's attorney received notice of the Commissioner's final decision. <u>See</u> 42 U.S.C. § 405(g); <u>Bess v. Barnhart</u>, 337 F.3d 988, 990 (8th Cir. 2003) (per curiam) (limitations period under § 405(g) is triggered by notice received by either claimant or claimant's attorney, whichever occurs first).

      Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____